# United States Bankruptcy Court
## Southern District of Texas

In re:  **Liberty Seafood, Inc.**
**742569062**

Case No.  **00-80052-G3-11**
Chapter   **11**

# List  Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Luanka Brokerage, Inc.<br>P.O. Box 1086<br>Harlingen, TX   78551 | | | | $808,114.12 |
| Lamar Seafood Corp.<br>10545 NW 29th Terrace<br>Miami, FL   33172 | | | | $401,922.50 |
| Paul Piazza & Son, Inc.<br>P.O. Box 52049<br>New Orleans, LA   70152 | | | | $314,175.00 |
| Bank of America<br>Commercial Finance<br>P.O. Box 4095<br>Atlanta, GA   30302 | | | | $302,157.50 |
| NBJ Enterprises, Inc.<br>Bryant Fisheries<br>P.O. Box 191527<br>Mobile, AL   36619 | | | | $224,959.20 |

*United States District Court*
*Southern District of Texas*
*FILED*
*JUL 1 . 2000*
*Michael N. Milby, Clerk*

5

Form 4 - Page  1

ClibPDF - www.fastio.com

In re:  **Liberty Seafood, Inc.**
       **742569062**

Case No.  **00-80052-G3-11**
Chapter   **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Texas Gulf Seafood, Inc.**<br>**P.O. Box 786**<br>**Galveston, TX 77553** | | | | **$223,713.64** |
| **The Mazzeta Company**<br>**P.O. Box 99109**<br>**Chicago, IL 60693-9109** | | | | **$124,538.00** |
| **Suntrust Bank, Atlanta**<br>**Factoring Division**<br>**P.O. Box 4986**<br>**Atlanta, GA 30302** | | | | **$115,850.00** |
| **Jacqueline Reynaud**<br>**3102 Canterbury**<br>**Montgomery, TX 78356** | | | | **$109,869.12** |
| **Pacific Coral Seafood**<br>**P.O. Box 116103**<br>**Atlanta, GA 30368-6103** | | | | **$94,812.50** |
| **Mann, Frankfort, Stein**<br>**12 Greenway Plaza, 8th Floor**<br>**Houston, TX 77046-1291** | | | | **$79,239.02** |

Form 4 - Page 2

ClibPDF - www.fastio.com

In re:  **Liberty Seafood, Inc.**
        **742569062**

Case No.  **00-80052-G3-11**
Chapter    **11**

# List  Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Seafood Packaging, Inc.**<br>**2120 Poydras St.**<br>**New Orleans, LA   70112** | | | | **$69,158.27** |
| **Seabrook Seafood**<br>**P.O. Box 776**<br>**Kemah, TX   77565** | | | | **$69,020.00** |
| **Empress Int'l. East Coast**<br>**10 Harbor Park Drive**<br>**Port Washington, NY   11050** | | | | **$59,735.00** |
| **Fulton Seafood Company**<br>**2818 McKinney St.**<br>**Houston, TX   77003** | | | | **$50,811.35** |
| **Neptune Fisheries**<br>**812 Jefferson Ave.**<br>**Newport News, VA   23607** | | | | **$47,490.00** |
| **P.C. Refrigeration**<br>**P.O. Box 1157**<br>**La Porte, TX   77571** | | | | **$39,571.16** |

Form 4 - Page  3

In re:  **Liberty Seafood, Inc.**
**742569062**

Case No.  **00-80052-G3-11**
Chapter  **11**

# List  Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Lumar Co., Inc.** <br> **13523 Conklin Lane** <br> **Houston, TX  77034** | | | | **$39,000.00** |
| **BOC Gases** <br> **P.O. Box 700** <br> **Lebanon, NJ  08833-0700** | | | | **$35,000.00** |
| **McLeod, Alexander, Powel** <br> **P.O. Box 629** <br> **Galveston, TX  77553** | | | | **$31,467.00** |

ClibPDF - www.fastio.com