ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
NOV 14 2000 AM
Michael N. Milby, Clerk

| | | |
|---|---|---|
| In re: | ' | Chapter 11 |
| | ' | Case No. 00-80052-G3-11 |
| LIBERTY SEAFOOD, INC., | ' | |
| | ' | |
| Debtor. | ' | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, Jenkens & Gilchrist, A Professional Corporation ("Movant") and files this its Notice of Appearance as counsel for Island Seafood Company ("Island"), creditor and party-in-interest in the above-referenced Debtor's case. Pursuant to applicable law and Bankruptcy Rules 2002 and 9010, Island respectfully requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the offices, postal addresses and telephone numbers listed as follows:

Mark A. Platt
JENKENS & GILCHRIST,
a Professional Corporation
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202-2799
Telephone: (214) 855-4500
Telecopy: (214) 855-4300

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES - Page 1 of 3

Dallas1 616641 v 1, 45476 00003

additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, plan of reorganization, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  Further, Movant requests that it be provided with a copy of any Disclosure Statement and Chapter 11 Plan submitted or to be submitted prior to its approval.

Movant additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully submitted,

JENKENS & GILCHRIST,
a Professional Corporation

By: *[signature]*
Mark A. Platt
Texas State Bar No. 00791453

1445 Ross Avenue, Suite 3200
Dallas, Texas  75202
(214) 855-4500 Telephone
(214) 855-4300 Facsimile

ATTORNEYS FOR ISLAND SEAFOOD COMPANY

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES - Page 2 of 3**

Dallas1 616641 v 1, 45476 00003

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of November, a true and correct copy of the above and foregoing document was sent by regular mail to all parties listed on the attached Service List.

*[signature]*
Mark A. Platt

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES - Page 3 of 3**

Dallas1 616641 v 1, 45476 00003

Service List
Liberty Seafood, Inc.
Case No. 00-80052-G3-11
c/m 45476-3
MAP

Clerk, U.S. Bankruptcy Court
Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

Liberty Seafood Incorporated
PO Box 267
Galveston, TX 77553

Ronald Sommers
Nathan Sommers Lippman Jacobs & Gorman
2800 Post Oak Blvd
61st Floor
Houston, TX 77056

Richard L Fuqua, II
Fuqua & Keim
2777 Allen Parkway, Ste 480
Houston, TX 77019

John F Higgins, IV
Porter & Hedges
700 Louisiana, Ste 3500
Houston, TX 77002

James William Freyer
Attorney at Law
14200 Gulf Fwy #101
Suite 101
Houston, TX 77034

Tony M Davis
Baker and Botts
910 Louisiana
Ste 3000
Houston, TX 77002

John Lawrence Schouest
Phelps Dunbar LLP
3040 Post Oak Blvd
Ste 900
Houston, TX 77056

Richard S Hoffman
Attorney at Law
1718 Boca Chica Blvd
Brownsville, TX 78520

Marcy E Kurtz
Bracewell & Patterson
711 Louisiana
Ste 2900
Houston, TX 77002

Jeffrey Donald Coulter
Stumpf Craddock et al
1400 Post Oak Blvd
Ste 400
Houston, TX 77056

Eva S Engelhart
Ross Banks et al
2 Riverway
Ste 700
Houston, TX 77056-1918

Mitchell J Buchman
George Buchman & Leigh
1200 Smith
Ste 3050
Houston, TX 77002-4308

Craig E Power
Cokinos Bosien & Young
2919 Allen Pky
Ste 1500
Houston, TX 77019

Robin Russell
Andrews & Kurth
600 Travis
Ste 4200
Houston, TX 77002

Keavin David McDonald
Wilshire Scott and Dyer
1221 McKinney
Ste 4550
Houston, TX 77010-2011

Brian Edward Staley
Hull & Associates
6200 Savoy
Ste 440
Houston, TX 77036

US Trustee
515 Rusk
Ste 3516
Houston, TX 77002

Jacqueline Reynaud
711 N Carancahua, Ste 1701
Corpus Christi, TX 78475

Associates Commercial Corporation
Attention: Bankruptcy Unit
P.O. Box 141029
Irving, Tx 75014-1029

A Budget Sign Company
P O Box 3363
Galveston TX 77552

Advantage Finance Corp.
5065 Westheimer Suite 1111
Houston TX 77056

Aeriform
P O Box 297418
Houston TX 77297-7418

Akin Almanza
1717 West 6th St Suite 230
Austin TX 78703

Alert Alarms
2308 Ball
Galveston TX 77550

Alfords Refrigerated Warehouse
318 Ccadiz St.
Dallas TX 75207

All Star Telecom
P O Box 842473
Dallas TX 75284-2473

Alphin Bros Inc
2428 Church St.
Galveston TX 77550

Arista Industries Inc
557 Danbury Road
Wilton CT 06897

| | | |
|---|---|---|
| Arlan s Market 5<br>P O Box 3660<br>Galveston TX 77552 | Aylesworth s Fish  Bait<br>P O Box 13546<br>St Petersburg FL 33733-3546 | Bank of America<br>Commercial Finance<br>P O Box 4095<br>Atlanta GA 30302 |
| Bay Electric<br>5111 Ave S<br>Galveston TX 77550 | Bayne Snell  Krause<br>Petroleum Tower 500<br>8626 Tesoro Drive<br>San Antonio TX 78217 | Best Uniforms Supply<br>P O Box 21165<br>Houston TX 77226-1165 |
| Bestway Refrigerated<br>P O Box 908<br>Plymouth FL 32768 | BOC Gases<br>P O Box 700<br>Lebanon NJ 08833-0700 | Caprock Communications<br>P O Box 970830<br>Dallas TX 75397-0830 |
| Cellular One<br>P O Box 660733<br>Dallas TX 75266-0733 | Chalmers Hardware<br>P O Box 2148<br>Galveston TX 77553 | CIT Group Commercial Services Inc<br>P O Box 31307<br>Charlotte NC 28231 |
| City of Galveston<br>P O Box 779<br>Galveston TX 77553 | Cliff Hall  Co<br>P O Box 1462<br>La Porte TX 77572-1462 | Computer Doctor<br>1021 61st Street 110<br>Galveston TX 77551 |
| Crosby Freezer Inc<br>946 N Crosby Avenue<br>Chicago IL 60610 | Diagraph Corporation<br>135 S LaSalle Dept 1158<br>Chicago IL 60674-1158 | Dillion Equipment<br>3907 Elm St.<br>Dallas TX 75226 |
| Empress Int l East Coast<br>10 Harbor Park Drive<br>Port Washington NY 11050 | Federal Express<br>P O Box 1140<br>Memphis TN 38101 | First Community Bank<br>c o James William Freyer<br>4222B Vista<br>Pasadena TX 77504 |
| First Sierra Financial Inc<br>P O Box 200000<br>Houston TX 77216-0956 | Fisherman s Wharf<br>P O Box 1226<br>Pier 22<br>Galveston TX 77550 | Fulton Market Cold Storage<br>1000 Fulton Market<br>Chicago IL 60607 |
| Fulton Seafood Company<br>2818 McKinney St.<br>Houston TX 77003 | Galatex ETI<br>112 19th St.<br>Galveston TX 77550 | Galveston Yacht Basin<br>715 Holiday Drive North<br>Galveston TX 77550 |
| Gately Paper Co.<br>3400 Market St.<br>Galveston TX 77550 | Glazier Foods<br>P O Box 201705<br>Houston TX 77216-1705 | Greer Herr  Adams<br>One Moody Plaza 18th Floor<br>Galveston TX 77550-7998 |

| | | |
|---|---|---|
| Harbor House<br>Pier 21<br>Galveston TX 77550 | Harris County Appraisal<br>P O Box 922004<br>Houston TX 77292-2004 | Ideal Lumber Company<br>P O Box 3187<br>Galveston TX 77552-0187 |
| Industrial Material Corporation<br>P O Box 2006<br>Galveston TX 77553 | Interalox Inc<br>P O Box 50699<br>New Orleans LA 70150 | Internal Revenue Service<br>Special Procedures<br>Bankruptcy Section 5022HOU<br>1919 Smith St.<br>Houston TX 77002 |
| Island Food Mart<br>Madanco Corp.<br>14807 Evergreen Ridgeway<br>Houston TX 77062 | Island Liberty Mngmt Corp<br>P O Box 1226<br>Galveston TX 77550 | Island Seafood Company<br>P O Box 1050<br>Fernandina Beach FL 32035 |
| Island Spice Tea<br>411 25th St.<br>Galveston TX 77550 | J P Bowlin Co<br>2420 Washington Ave.<br>Houston TX 77007 | Jacqueline Reynaud<br>711 N Carancahua, Ste 1701<br>Corpus Christi, TX 78475 |
| JBS Packing<br>P O Box 399<br>Port Arthur TX 77640 | Kent Sales Inc<br>4630 N University Drive<br>Lauder Hill FL 33351 | Laitram Machinery Inc<br>P O Box 50699<br>New Orleans LA 70150 |
| Lamar Seafood Corp.<br>10545 NW 29th Terrace<br>Miami FL 33172 | Life Investors Insurance<br>P O Box 8160<br>Little Rock AR 72203-8160 | Logix Communication<br>P O Box 3608<br>Houston TX 77253-3608 |
| Luanka Brokerage Inc<br>P O Box 1086<br>Harlingen TX 78551 | Lubrication Engineers<br>P O Box 7128<br>Fort Worth TX 76111 | Lumar Co Inc<br>13523 Conklin Lane<br>Houston TX 77034 |
| Mann Frankfort Stein<br>12 Greenway Plaza 8th Floor<br>Houston TX 77046-1291 | Marine Industrial Supplies<br>P O Box 831<br>Freeport TX 77541-0831 | McLeod Alexander Powel<br>P O Box 629<br>Galveston TX 77553 |
| Meridian Products<br>13217 Cambridge Street<br>Santa Fe Springs CA 90670 | Moore Supply<br>P O Box 4625<br>Houston TX 77210 | Motion Industries<br>P O Box 718<br>La Marque TX 77568 |
| Mustang Industrial Equipment<br>P O Box 4346 Dept 160<br>Houston TX 77210-7224 | NBJ Enterprises Inc<br>Bryant Fisheries<br>P O Box 191527<br>Mobile AL 36619 | Neptune Fisheries<br>812 Jefferson Ave.<br>Newport News VA 23607 |

| | | |
|---|---|---|
| New York Life Insurance<br>P O Box 500<br>Minneapolis MN 55440-1272 | Nextel<br>P O Box 7412<br>Pasadena CA 91109-7412 | P C Refrigeration<br>P O Box 1157<br>La Porte TX 77571 |
| Pacific Coral Seafood<br>P O Box 116103<br>Atlanta GA 30368-6103 | Pameco Corporation<br>P O Box 77000 Dept 77102<br>Detroit MI 48277-1067 | Paul Piazza Son Inc<br>P O Box 52049<br>New Orleans LA 70152 |
| Penske Truck Leasing Co.<br>P O Box 563<br>Reading PA 19603-0563 | Pitney Bowes Inc<br>P O Box 8539<br>Louisville KY 40285-5390 | Port Bolivar Fisheries<br>Box 325<br>Boliver TX 77650 |
| Prets Lumber Co.<br>P O Box Drawer T<br>Galveston TX 77552 | Proact Fleet Services<br>6918 Broadway<br>Galveston TX 77554 | Realtime Software Corp.<br>2340 Des Plaines Ave.<br>Des Plaines IL 60018 |
| Reliant Energy<br>P O Box 4405<br>Houston TX 77210-4405 | Republic Part Company<br>3101 Broadway<br>Galveston TX 77550 | San Leon Marine Supply<br>1020 10th St.<br>Galveston TX 77550 |
| Seabrook Seafood<br>P O Box 776<br>Kemah TX 77565 | Seafood Packaging Inc<br>2120 Poydras St.<br>New Orleans LA 70112 | Seawall Shell<br>602 Broadway<br>Galveston TX 77550 |
| Signal Electronics Inc<br>125 W Highway 332 Ste A<br>Lake Jackson TX 77556 | South Bay Trading Corp.<br>6665 14th St Suite 210<br>Brownsville TX 78524 | Southwestern Bell Telephone<br>P O Box 650502<br>Dallas TX 75265-0502 |
| Sparkletts<br>P O Box 7126<br>Pasadena CA 91109-7126 | Suntrust Bank Atlanta<br>Factoring Division<br>P O Box 4986<br>Atlanta GA 30302 | Terminex International<br>1310 FM 646 Rd W<br>Dickinson TX 77539-3022 |
| Tex Mex Cold Storage<br>P O Box 4960<br>Brownsville TX 78523 | Texas Gulf Coast Medical Group<br>P O Box 580429<br>Houston TX 77258-0429 | Texas Gulf Seafood Inc<br>P O Box 786<br>Galveston TX 77553 |
| Texas Pack Inc<br>P O Box 1643<br>Port Isabel TX 78578 | Texas Staple Co Inc<br>P O Box 6806<br>Houston TX 77265-6806 | The Associates<br>P O Box 6229<br>Carol Steam IL 60197-6229 |

The Mazzeta Company
P O Box 99109
Chicago IL 60693-9109

Tony Bros Wrecker Service
5907 Broadway
Galveston TX 77550

Trans Global
5444 Bay Center Dr Suite 211
Tampa FL 33609

U S Dept of Comm
P O Box 73004
Chicago IL 60673

U S Postmaster
601 25th St.
Galveston TX 77550-9998

Valley Trucking Co.
P O Box 4986
Atlanta GA 30302

Village Ace Hardware
6627 Stewart Rd.
Galveston TX 77551

Wesco Welding Supply Co.
P O Box 974
Santa Fe TX 77553

West End Cycle
3813 Broadway
Galveston TX 77550

Xtra Lease
P O Box 99262
Chicago IL 60693-9262

Young Packaging Supplies
2538 Chateau Court
Pensacola FL 32526-2233

U.S. Trustee
515 Rusk Ave
Ste 3516
Houston, Tx 77002

U.S. Trustee
606 N. Carancauha
Room 1107
Corpus Christi, Tx 78476

Dallas1 617023 v 1, 45476 00003