UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No.   00-80052-H3-7 |
| **LIBERTY SEAFOOD, INC.** | Chapter 7 |
| Debtor(s). | **APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a)** |

The undersigned trustee reports:

___   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   10/13/10

/s/ Ronald J. Sommers
Ronald J. Sommers
2800 POST OAK BLVD 61st Floor
Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 13TH day of  October, 2010.

/s/ Ronald J. Sommers
Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

\_\_\_\_          Small Dividends

 XX           Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Aeriform<br>8350 Mosley Road<br>Houston, Tx  77075 | 2 | 8.10 |
| Lubrication Engineers<br>P.O Box 7128<br>Fort Worth, Tx  76111 | 5 | 1.12 |
| Chalmers Hardware<br>P.O. Box 2148<br>Galveston, Tx  77553 | 6 | 1.60 |
| McLeod Alexasnder Powel<br>P.O. Box 629<br>Galveston, Tx  77553 | 9 | 70.79 |
| Young Packaging Supplies<br>2538 Chateau Court<br>Pensacola, FL  32526-2223 | 12 | 59.65 |
| Best Uniforms Supply<br>P.O. Box 21165<br>Houston, Tx  77226-1165 | 13 | 2.77 |
| Arlan S Market 5<br>P.O. Box 58401<br>Houston, Tx  77058 | 17 | 10.09 |
| Crosby Freezer Inc.<br>946 N. Crosby Avenue<br>Chicago, IL  60610 | 18 | .03 |
| Trans-Global Products, Inc.<br>American Credit Indemnity<br>Agt/Trans Global Products Inc.<br>100 E. Pratt St, 5th Floor<br>Baltimore, MD 21202 | 20 | 74.55 |
| Pacific Coral Seafood Co Inc<br>Euler American Credit Indemnity<br>Agt/Pacific Coral Seafood Co Inc.<br>100 E Pratt St, 5th Floor<br>Baltimore, MD  21202 | 21 | 203.44 |
| South Bay Trading Corp<br>Richard S. Hoffman<br>Brownsville, Tx  78520 | 23 | 24.68 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| Industrial Material Corporation<br>7701 Harborside<br>Galveston, Tx  77554 | 24 | 5.05 |
| NBJ Enterprises, Inc.<br>Bryant Fisheries<br>P.O. Box 191527<br>Mobile, AL  36619 | 28 | 482.69 |
| BOC Gases<br>P.O. Box 700<br>Lebanon, NJ  08833-0700 | 30 | 19.50 |
| Caprack Communications<br>P.O. Box 970830<br>Dallas, Tx  75397-0830 | 38 | .68 |
| Security Insurance Co. of Hartford<br>c/o Royal and Sun Alliance<br>P.O. Box 472488<br>Charlotte, NC  28247 | 44 | 149.60 |
| Penske Truck Leasing Co.<br>350 E. Birch St.<br>Suite 102A<br>Brea, CA  92822-1097 | 46 | 7.69 |
| Island Seafood Company<br>Mark A. Platt, Esq<br>Jenkens & Gilchrist, PC<br>1445 Ross Ave, Suite 3200<br>Dallas, Tx  75202-2799 | 47 | 4,470.40 |
| Akin & Almanza, LLP<br>1717 West 6th St, Ste 230<br>Austin, Tx  78703 | 48 | 28.72 |
| Empress Int'l East Coast<br>10 Harbor Park Drive<br>Port Washington, NY  11050 | 49 | 128.17 |
| Texas Gulf Seafood, Inc.<br>c/o Ronald M. Gipson<br>2200 Market, Suite 850<br>Galveston, Tx  77550 | 50 | 96.55 |
| Texas Gulf Seafood, Inc.<br>c/o Ronald M. Gipson<br>2200 Market, Suite 850<br>Galveston, Tx  77550 | 51 | 168.57 |
| Texas Gulf Seafood, Inc.<br>c/o Ronald M. Gipson<br>2200 Market, Suite 850<br>Galveston, Tx  77550 | 53 | 21.46 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| Texas Gulf Seafood, Inc.<br>c/o Ronald M. Gipson<br>2200 Market, Suite 850<br>Galveston, Tx  77550 | 54 | 523.96 |
| Doan Le d/b/a San Leon Marine<br>2009 6th Street<br>Galveston, Tx  77551 | 59 | 15.19 |
| Sparkletts<br>P.O. Box 7126<br>Pasadena, CA  91109-7126 | 67 | .23 |
| Mustang Industrial Equipment<br>P.O. Box 4346, Dept 160<br>Houston, Tx  77210-4346 | 68 | 16.71 |
| Prets Lumber Co.<br>Box 16400<br>Galveston, Tx 77552 | 70 | 1.59 |
| American Supply Company<br>2428 Church St.<br>Galveston, Tx  77550 | 71 | 5.09 |
| Danone Waters of North America<br>P.O. Box 7126<br>Pasadena, CA  91109-7126 | 72 | .23 |
| Port Bolivar Fisheries<br>P.O. Box 448<br>Boliver, Tx  77650 | 75 | 59.17 |
| Con Agra Foods, Inc.<br>P.O. Box 2819<br>Tampa, FL  33601-2819 | 78 | 839.42 |
| Associates Leasing Inc.<br>c/o Mitchell Buchman<br>1200 Smith St. Suite 690<br>Houston, Tx  77002 | 80 | 58.21 |
| Associates Commercial Corp<br>c/o Mitchell Buchman<br>1200 Smith St., Suite 690<br>Houston, Tx  77002 | 81 | 17.28 |
| Neptune Fisheries<br>5714 Curlew Drive<br>Norfolk, VA  23502-4625 | 85 | 123.35 |
| Bankruptcy Estate of Luanka Brokerage, Inc.<br>c/o Michael B. Schmidt, Trustee<br>555 N. Carancahua, Ste 1550<br>Corpus Christi, Tx  78478 | 88 | 1072.83 |
| Reliant Energy H L & P<br>P.O. Box 1700<br>Houston, Tx  77251 | 31 | 55.47 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| U.S. Dept. of Comm<br>P.O. Box 73004<br>Chichgo, Il  60673 | 79 | 11.34 |
| **TOTAL:** | | **8,835.97** |